# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 547 WAL 2014
  :
        Respondent   :
  : Petition for Allowance of Appeal from the
  : Order of the Superior Court
      v.   :
  :
  :
  :
BERNARD JERRY,   :
  :
        Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2015, the Petition for Allowance of Appeal and Motion to Expedite are **DENIED**.